UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MOHAMMAD MIAN and SAJIDA GHIAS T/A PEREZ GROCERY | * | No: **WDQ 14 CV 2820** |
| Petitioners | * | PETITION FOR |
| vs. | * | REVIEW OF |
| UNITED STATES OF AMERICA | * | ORDER |
| Respondent | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

1. The petitioners in this action are Mohammad Mian and Sajida Ghias t/a Perez Grocery;

2. The petitioners listed in paragraph 1 petition the court to review the Order of the United States Department of Agriculture that was entered on August 8, 2014 that imposed a permanent disqualification against Perez Grocery from participation as an authorized retailer in SNAP.

3. A true and correct copy of the Order in question is attached to this Petition as Exhibit "A".

Dated: September 5, 2014

_____
Louis J. Glick, Esquire
Executive Centre at Hooks Lane
2 Reservoir Circle, Suite 102
Pikesville, Maryland 21208
410-484-5588
Glick102@earthlink.net
Federal ID#03410